# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DAVID TIMOTHY MOORE, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> VANCE LAUGHLIN, Warden; and ) <br> GEORGIA BOARD OF PARDONS ) <br> AND PAROLES, ) <br> ) <br> Respondents. ) | Case No. CV415-175 |

## ORDER

David Timothy Moore, currently incarcerated in the Wheeler Correction Facility in Wheeler County, Georgia, has filed a 28 U.S.C. § 2241 petition challenging an adverse decision by the Georgia Board of Pardons and Paroles. CV415-175, doc. 1-2. The Clerk mistakenly assigned this case to the Savannah Division of this Court. Since Moore is in custody in Wheeler County, this case should have been filed in the Dublin Division. *See* 28 U.S.C. § 90(c)(2). Accordingly, this action is reassigned to the Dublin Division.

**SO ORDERED** this 19th day of August, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA